UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT ALEXANDER MORGAN, | ) | No. ED CV 09-01798-DOC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KEN CLARK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: October 6, 2009

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE